IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RAMON RAMIREZ | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-230 |
| FNU JACKSON, *et al.*, | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Ramon Ramirez an inmate confined at the Loretto Federal Correctional Institution in Cresson, Pennsylvania, proceeding *pro se*, filed this *Bivens*-type action[1] against Defendants FNU Jackson, FNU Brown, and FNU Herrera, all with the Federal Correctional Institution in Beaumont, Texas.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing Plaintiff's claims for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) [Dkt. 8].

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED. A final judgment will be entered in accordance with the recommendations of the magistrate judge.

**SIGNED this 7th day of April, 2026.**

_____
Michael J. Truncale
United States District Judge

---

[1] *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).